_____

No. 95-3968
_____

Jerry William Weber,                *
                                     *
          Plaintiff-Appellant,       *
                                     *  Appeal from the United States
     v.                              *  District Court for the
                                     *  District of Minnesota.
Frank W. Wood,                       *
                                     *     [UNPUBLISHED]
          Defendant-Appellee.        *

_____

               Submitted:  July 11, 1996

                  Filed:  July 18, 1996
_____

Before FAGG, LAY, and HEANEY, Circuit Judges.

_____

PER CURIAM.


     Upon review of the overall record, the Findings of Fact and
Conclusions of Law made by the district court, and the briefs filed on
appeal in this court, we find the decision of the district court is an
interlocutory order over which this court has no appellate jurisdiction.
On this basis we dismiss the appeal for lack of jurisdiction.


     See 8th Cir. R. 47B.


     IT IS SO ORDERED.


     A true copy.


          Attest:


                CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.